

# LAW OFFICES OF
# JAMES HENNING
### & ASSOCIATES

**VIA ECF**

Honorable Eric N. Vitaliano
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        RE:    <u>**NR, by her legal guardian, Naima Russell v. The City of New York, et. al.**</u>
                Civil Action No.: 25-CV-6034 (ENV)(JAM)

Your Honor:

      I am an attorney for Plaintiff in the above-referenced matter. I write pursuant to section (III)(A)(i) of the Court's Individual Motion Practice and Rules. On January 20, 2026, Defendant City of New York (the "City") submitted a letter [ECF Doc. No. 19] requesting a pre-motion conference regarding a contemplated partial motion to dismiss Plaintiff's Ninth Cause of Action in this matter for *Monell* liability against the City of New York.

      The undersigned has conferred with our client and has decided to voluntarily withdraw her *Monell* claim against the City. We reach this decision in hopes of evidencing a good-faith desire to expedite the progress of this matter, to conserve judicial resources, and to obviate the need for motion practice for all parties at this early stage. Moreover, this decision will allow Plaintiff to focus the scope of this litigation on advancing her claims directly related to these traumatic events towards an adjudication by a jury of her peers, or a mutual resolution at the forthcoming early settlement conference.

      The undersigned has conferred on this issue with Defendant City, who have consented to the amendment of Plaintiff's pleadings to reflect the withdrawal of this claim. Appended to this letter as **Exhibit A** is a copy of Plaintiff's Proposed First Amended Complaint. Also appended to this letter as **Exhibit B** is a "redlined" document illustrating the changes made between Plaintiff's Verified Complaint and the Proposed First Amended Complaint.

      Should the Court indicate its approval of the proposed relief sought here, Plaintiff will verify, refile and re-serve this new pleading upon the Defendants in a timely manner.

      We thank the Court for its time and consideration with respect to this matter.

**DATED:**

Brooklyn, New York
January 26, 2026

Sincerely,

Finn D. Mayock
Associate Attorney
Law Offices of
James Henning & Associates
16 Court Street, Suite 503
Brooklyn, NY 11241
e: fmayock@jhenninglaw.com

*Attorneys for Plaintiff*

**CC:**   All counsel of record